United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOLOMON OKUNOLA AINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-1006 |
| | § | |
| ALEJANDRO MAYORKAS, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 20th day of June, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE